UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON RAY MANESS,<br><br>               Petitioner,<br><br>   vs.<br><br>WARDEN JAMES D. HARTLEY,<br><br>               Respondent. | 1:09-cv-01935-YNP [DLB] (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   December 3, 2009           /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE